# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.L., <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 1:17-cv-01686 - LJO - JLT <br><br> ORDER GRANTING THE STIPULATION TO CONTINUE THE MID-DISCOVERY STATUS CONFERENCE <br><br> (Doc. 27) |

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS**:

1. The mid-discovery status conference is **CONTINUED** to **January 22, 2019** at 8:30 a.m.;

2. The joint mid-discovery status conference report SHALL be filed no later than **January 14, 2019**.

IT IS SO ORDERED.

Dated: **December 3, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE