UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| T.L., by and through his guardian ad litem KEISHA LAYNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN KERN UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant, | Case No. 1:17-cv-01686-LJO-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 35) |
|---|---|

On May 24, 2019, the parties reported they have settled the claims remaining in the complaint and are finalizing a settlement agreement. (Doc. 35) The parties anticipate filing a motion for approval of the settlement because the plaintiff is a minor within thirty days. (*Id.* at 2). Thus, the Court **ORDERS**:

    1.    Plaintiff SHALL file a motion for approval of the minor's compromise no later than **June 24, 2019**.

*///*
*///*
*///*
*///*
*///*

1

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __**May 28, 2019**__  　　　　　　　____**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE