# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.L., by and through his guardian ad litem KEISHA LAYNE,<br>　　　　Plaintiff,<br>v.<br>SOUTHERN KERN UNIFIED SCHOOL DISTRICT,<br>　　　　Defendant. | Case No.: 1:17-cv-01686-LJO-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING APPROVAL OF THE COMPROMISE ON BEHALF OF MINOR PLAINTIFF T.L.<br><br>(Doc. 41) |

On July 15, 2019, the Magistrate Judge assigned to this action issued Findings and Recommendations, recommending that the Petition for Approval of Compromise of the Claims of Minor Plaintiff T.L., by and through his Guardian ad Litem Keisha Layne be approved. (Doc. 41.) The Findings and Recommendations contained notice that any objections were to be filed within 14 days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS** that:

1. The Findings and Recommendations, filed July 15, 2019, are **ADOPTED IN FULL**;
2. The Petition to approve settlement of the minor's claims is **GRANTED**; and

1

3. The parties are **DIRECTED** to file with the Court a stipulation for dismissal of the action with prejudice, and lodge a separate order, within 45 days of the date of service of this Order.

IT IS SO ORDERED.

Dated: __**July 31, 2019**__  _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE