# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.L. by his Guardian Ad Litem Keisha Layne<br><br>Plaintiff,<br><br>v.<br><br>Southern Kern Unified School District, Does 1-100, inclusive<br><br>Defendants. | Case No. 1:17-cv-01686-LJO-JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 43) |

The parties have settled their case and the Court has approved the minor's compromise (Doc. 42). (Doc. 43) The parties now stipulate dismissal of the action with prejudice with each side to bear their own fees and costs. The stipulation is effective immediately with further order of the Court and "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action, though the Court will retain jurisdiction to enforce the settlement and to control disbursements from the child's blocked account. (See Doc. 42)

IT IS SO ORDERED.

Dated: **August 25, 2019**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE